**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CASE NO: 8:26-cv-00171-MSS-LSG**

BE AND BE ENTERPRISES, INC.,

      Plaintiff,

vs.

SCOTTSDALE      INSURANCE
COMPANY,

      Defendant.

_____ /

**NOTICE OF MEDIATION CONFERENCE**

    **YOU ARE HEREBY NOTIFIED** that pursuant to an agreement between the parties, a mediation conference has been scheduled for **Tuesday, July 28, 2026, at 1:00 p.m.** The mediation session will be conducted *via remote video teleconference* provided by **Julie Walbroel, P.A. Julie Walbroel** is the appointed mediator.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail on March 18, 2026, to the known counsel of record.

                    **The Law Offices of Carrington Jones, PLLC**
                    *Counsel for the Plaintiffs*
                    733 W. Colonial Dr.
                    Orlando, FL 32804
                    T: 407.232.8928
                    F: 407.232.7748
                    Email: Kai@kpt-pa.com
                            Kfranklin@kpt-pa.com
                            Carrington@mylawyercan.com

                    By: */s/ Kai P. Thompson, Esq.*

Page 1 of 2

Kai P. Thompson, Esq., Of Counsel
Fla. Bar No.: 121699
*Counsel for the Plaintiff, Be and Be Enterprises, LLC*

**SERVICE LIST**

**Carrington E. Jones, Esq.**
THE LAW OFFICES OF CARRINGTON JONES, PLLC
733 W. Colonial Dr.
Orlando, FL 32804
T: 407.232.8928
F: 407.232.7748
Email: Carrington@mylawyercan.com
         S.Cardona@mylawyercan.com
         Paul@mylawyercan.com
*Counsel for the Plaintiff, Be and Be Enterprises, LLC*

**Julia G. Young, Esq.**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
111 North Orange Avenue,
Suite 1200
Orlando, Florida 32801
T: (407) 203-7599
F: (407) 648-1376
Email: Julia.young@wilsonelser.com
         Heather.sadusky@wilsonelser.com
         Susan.baughman@wilsonelser.com
*Counsel for Defendant, Scottsdale Insurance Company*